**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARTEZ OLIVER                                                                                          PLAINTIFF

V.                                      3:16CV00221 JM/JTR

LUTHER WITHFIELD, Lieutenant,
Mississippi County Detention Center, et al.                                            DEFENDANTS

**ORDER**

Oliver has not complied with the September 6, 2016 Order directing him to file an amended complaint. *Doc. 4.* The time to do so has expired. The complaint *(Doc. 2)* is, therefore, dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3),

IT IS SO ORDERED 6th day of October, 2016.

_____
James M. Moody Jr.
United States District Judge